UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ZUFFA, LLC,

                Plaintiff,                      JUDGMENT
                                                                     22 CV 1892 (RPK)(RML)

                -against-

PATRICIA BOHMAN, Individually, and as
officer, director, shareholder and/or
principal of C P GRILL CORP, and C P GRILL CORP.,

                Defendants.
--------------------------------------------------------------- X

        An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on February 6, 2023, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated January 17, 2023, granting in part and denying in part plaintiff's motion for default judgment; awarding plaintiff $1,000 in statutory damages and $1,000 in enhanced statutory damages on its copyright infringement claim against defendant C P Grill Corp; dismissing Plaintiff's claim against defendant Patricia Bohman; it is

        ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted in part and denied in part; that plaintiff is awarded $1,000 in statutory damages and $1,000 in enhanced statutory damages on its copyright infringement claim against defendant C P Grill Corp; and that plaintiff's claim against defendant Patricia Bohman is dismissed.

Dated: Brooklyn, NY                                               Brenna B. Mahoney
       February 7, 2023                                      Clerk of Court

                                                                By: */s/Jalitza Poveda*
                                                                     Deputy Clerk